UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re Eric E. Vickers,          )
                                )   Case No. _____
                                )   Chapter 7
       Debtor                   )
                                )
                                )

**CERTIFICATION UNDER PENATLY OF PERJURY PURSUANT TO SECTION 362(L) OF THE BANKRUPTCY CODE**

Comes Now Eric E. Vickers, and hereby certifies under penalty of perjury:

1. I am over the age of eighteen and competent to make this Certification.
2. Under law applicable in Missouri, to the extent there is a valid and enforceable judgment for possession of the real property and improvements thereon located at 1100 Wyoming Avenue, St. Louis, MO 63118, where I reside as a tenant with the right to purchase, there are circumstances under which I would be entitled to cure the entire monetary default giving rise to such judgment.

_____
Eric E. Vickers

**STATE OF MISSOURI**       )
                            )   SS:
**ST. LOUIS**               )

On May 15, 2014, before me, the undersigned, a Notary Public in and for said State, personally appeared **ERIC E. VICKERS**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

My Commission Expires:         TARA L. ALLST...
                                                   My Commission E...
                                                   February 12, 2018
                                                   St. Louis County
                                                   Commission #14580... 8