**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re Eric E. Vickers, | ) | |
| | ) | Case No. 14-43989-659 |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hearing Scheduled July 7, 2014 at 10:00 am |
| | ) | in Courtroom 7 North |
| | ) | 111 S. 10th Street, 4th Floor |
| | ) | St. Louis, MO 63102 |
| | ) | |

**MOTION TO DISMISS CASE**

Comes Now Eric E. Vickers ("Debtor") , by and through Counsel, and for his Motion, states:

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. section 1334 and 157(b)(2)(A) and (O). This is a core proceeding.

2. Debtor filed a Second Amended Petition containing a certification under section 362(l), as well as a "free standing" Certification Under 362(l) (the "Certification") on May 16, 2014 that non-bankruptcy law allowed him to cure defaults under an agreement to lease a residence, with later purchase thereof.

3. Central Bank of Kansas City ("Bank") filed Central Bank of Kansas City's Objection to Debtor's Section 362(l) Certification (the "Objection")(doc. # 15) .

4. This Court granted Bank's Objection, thereby freeing Bank to evict Debtor, making Debtor's purchase of the subject residence unfeasible.

5. Debtor has few, if any assets the sale of which would result in any distribution to creditors, and can now use moneys otherwise allocated to rent of the residence to pay debts in the ordinary course.

6. Section 707(b) of the Bankruptcy Code allows the Court to dismiss this Case under the circumstances here presented.

WHEREFORE, Debtor prays that this Court enter an Order providing for dismissal of this Case, and granting Debtor such additional relief as is just.

Respectfully submitted,

Affinity Law Group

<u>/s/ J. Talbot Sant, Jr.</u>
J. Talbot Sant, Jr.      Mo Bar # 35324
1610 Des Peres Road, Suite 100
St. Louis, Mo. 63131
(314) 872-3333 (o)
(314) 872-3365 (fax)

Attorney for Debtor, Eric. Vickers

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of this Motion was served on June 13, 2014 electronically on all parties on the Court's ECF notice list.

AFFINITY LAW GROUP, LLC

By      <u>/s/ J. Talbot Sant, Jr.</u>
      J. Talbot Sant, Jr.
      1610 Des Peres Road, Ste. 100
      St. Louis, Missouri 63131
      (314) 872-3333
      (314) 872-3365(facsimile)
      Tsant@affinitylawgrp.com

      Attorney for Debtor, Eric. Vickers