UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In Re: | ) | Case No. 14-43989-659 |
|---|---|---|
| | ) | Chapter 7 |
| ERIC E. VICKERS, | ) | Honorable Kathy A. Surratt-States |
| Debtor. | ) | |
| | ) | |
| | ) | Hearing Date: July 7, 2014 |
| | ) | Hearing Time: 10:00 a.m. |

### TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO DISMISS CASE

**COMES NOW** Seth A. Albin, Trustee, by and through the undersigned counsel, and for his Objection to Debtor's Motion to Dismiss Case, respectfully states to this Honorable Court as follows:

1. That on May 16, 2014 Eric E. Vickers ("Debtor") filed a Petition, and subsequent Second Amended Petition, for relief pursuant to Chapter 7 of the United States Bankruptcy Code, which is presently pending in the instant action.

2. Seth A. Albin ("Trustee") is the duly appointed and acting Chapter 7 Trustee for the Debtor's bankruptcy estate.

3. That on or about June 13, 2014 Debtor filed his Motion to Dismiss Case stating that he "has few, if any assets the sale of which would result in any distribution to creditors, and can now use moneys otherwise allocated to rent of the resident to pay debts in the ordinary course."

4. That to date Debtor has yet to file any of the required schedules in the pending action.

5. That Debtor is scheduled for a 341 meeting on Thursday, June 19, 2014.

6. That Trustee believes it is in the best interest of the estate to deny Debtor's Motion to Dismiss and have Debtor file the required schedules A through J.

1

WHEREFORE, the Trustee prays that this Honorable Court make and enter its Order denying Debtor's Motion to Dismiss Case, ordering Debtor to file the required schedules A through J, and granting such additional relief as the Court may deem just and proper in the premises.

Respectfully submitted,

STEWART, MITTLEMAN, HEGGIE,
HENRY & ALBIN, L.L.C.

Date: 06/18/2014

By: /s/ Katherine E. Henry
KATHERINE E. HENRY #65964MO
Attorney for Chapter 7 Trustee
222 South Central Avenue, Suite 501
St. Louis, Missouri 63105-3575
(314) 863-8484
(314) 863-5312 Facsimile
khenry@smhhlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail are:

United States Department of Justice
U.S. Trustee's Office
111 S. 10th Street, Ste. 6353
St. Louis, MO 63102


Mr. Eric E. Vickers
1100 Wyoming Street
St. Louis, Missouri 63118
*Debtor*

Mr. J. Talbot Sant, Jr.
1610 Des Peres Road, Suite 100
St. Louis, Missouri 63131
*Attorney for Debtor*

Date: 6·18·14

/s/ Annie Hossmann