UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-43989 |
| | ) | Chapter 7 |
| ERIC E. VICKERS, | ) | Honorable Kathy A. Surratt-States |
| | ) | |
| Debtor. | ) | |

### MOTION TO WITHDRAWAL AS ATTORNEYS

COMES NOW Harold V. O'Rourke, Katherine E. Henry and the law firm of Stewart, Mittleman, Heggie & Henry, LLC f/k/a Stewart, Mittleman, Heggie, Henry & Albin, LLC (collectively "Attorneys") and hereby files this Motion to Withdrawal as Attorneys and in support thereof respectfully states as follows:

1. Seth A. Albin is the duly appointed, qualified and acting Chapter 7 Trustee herein ("Trustee").

2. The Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §151, §1334, and Local Rule 2091 of the United States District Court for the Eastern District of Missouri. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper pursuant to U.S.C. §1409.

3. Debtors filed a Petition for Relief under the provisions of Chapter 7 of Title 11 of the United States Code on May 16, 2014.

4. Trustee has recently moved offices and is no longer working with Attorneys on such matters.

5. To the best knowledge and belief of Attorneys, the only matter pending in this court is the investigation and administration of potential assets of the Debtor. Potential assets are unknown, as Debtor has not filed schedules in a timely manner.

WHEREFORE, the Attorneys pray that they be authorized to withdrawal as said attorneys for the reasons described above.

STEWART, MITTLEMAN, HEGGIE & HENRY, LLC

By: /s/ Harold V. O'Rourke
/s/ Katherine E. Henry
Harold V. O'Rourke (# 59536)
horourke@smhhlaw.com
Katherine E. Henry (# 65964)
khenry@smhhlaw.com
222 S. Central Ave., Ste. 501
St. Louis, MO 63105
(314) 863-8484 / (314) 863-5312 – FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I also certify that a copy of the foregoing was served via United States Mail, first class postage prepared on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail are:

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

Seth A. Albin
7710 Carondelet Ave., Suite 405
Clayton, MO 63105

John Talbot Sant, Jr.
Attorney at Law
Affinity Law Group
1610 Des Peres Road, Suite 100
St. Louis, MO 63131

Eric E. Vickers
1100 Wyoming
St. Louis, MO 63118

Elizabeth A. LaFlamme
7710 Carondelet Ave., Suite 405
Clayton, MO 63105

/s/ Ellen M. Gillen