# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-43989-659 |
| | ) | Chapter 7 |
| ERIC E. VICKERS, | ) | Honorable Kathy A. Surratt-States |
| Debtor. | ) | |
| | ) | |

## ORDER

This matter is before the Court upon the Trustee's Consent Motion to Dismiss Case ("Motion") for failure to comply with the Court's Order of October 16, 2014. The Trustee properly served notice of the Motion upon all parties in interest. No response to the Motion was filed. Upon consideration and review of the record as a whole, the Court enters this Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Trustee's Consent Motion to Dismiss Case in the above-referenced case for failure to comply with the Court's Order of October 16, 2014, is granted; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor is denied a discharge of his debts; and

IT IS FURTHER ORDERED that the automatic stays of 11 USC Section 362 are hereby terminated, the Chapter 7 Trustee is relieved of his bond requirement in this case and all pending matters are Denied as moot.

IT IS FINALLY ORDERED, ADJUDGED AND DECREED that Debtor is banned from receiving or obtaining a discharge under any chapter of the Bankruptcy Code for a period of ten (10) years from the date of execution of the Motion.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: May 22, 2015
St. Louis, Missouri
jjh

Order Prepared by:
Elizabeth LaFlamme, #49918
Albin Law
7710 Carondelet Ave., Ste. 405
St. Louis, MO 63105
(314) 721-8844
(314) 721-8855 fax


Copies Mailed to:

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

Mr. Eric E. Vickers
1100 Wyoming Street
St. Louis, Missouri 63118
*Debtor*

Mr. J. Talbot Sant, Jr.
1610 Des Peres Road, Suite 100
St. Louis, Missouri 63131
*Attorney for Debtor*

 ALL CREDITORS AND PARTIES IN INTEREST.